UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRIN REID,<br><br>        Plaintiff,<br><br>vs.<br><br>C. CRYER, et al.,<br><br>        Defendants. | 1:19-cv-01766-GSA-PC<br><br>**ORDER TO EITHER:**<br><br>**(1)    SUBMIT NEW, COMPLETED APPLICATION TO PROCEED IN FORMA PAUPERIS;**<br><br>       **OR**<br><br>**(2)    PAY $400.00 FILING FEE IN FULL**<br><br>**TWENTY-DAY DEADLINE**<br><br>**ORDER FOR CLERK TO SEND PLAINTIFF AN APPLICATION TO PROCEED IN FORMA PAUPERIS** |

      Darrin Reid ("Plaintiff") is a state prisoner proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on December 18, 2019, together with an application to proceed *in forma pauperis* under 28 U.S.C. § 1915. (ECF Nos. 1, 2.) However, Plaintiff did not entirely complete the application to proceed *in forma pauperis*. On page one, part 3, the application asks whether Plaintiff has "received any money from the following sources over the last twelve months." (ECF No. 2 at 1 ¶ 3.) The application then directed Plaintiff to select "Yes" or "No" in response to various sources of money, and if

1

the "answer to any of the above is 'yes,' [directed] Plaintiff to describe each source of money, state the amount received, as well as what you expect you will continue to receive (attach an additional sheet if necessary)." (Id.) Plaintiff failed to complete part 3 of the application.

Without knowing Plaintiff's present financial status the court cannot grant his application to proceed *in forma pauperis*. Plaintiff shall be granted another opportunity to submit a new completed application to proceed *in forma pauperis*, providing all of the information requested, or pay the $400.00 filing fee for this action, within twenty days.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk shall send Plaintiff an application to proceed *in forma pauperis*;
2. **Within twenty (20) days** of the date of service of this order, Plaintiff shall either:
    (a) Submit an application to proceed *in forma pauperis* to the court, completed and signed; or
    (b) Pay the $400.00 filing fee for this action;
3. Plaintiff is not required to submit another certified copy of his prison trust account statement;
4. No requests for extension of time will be granted without a showing of good cause; and
5. **Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed.**

IT IS SO ORDERED.

    Dated: **January 6, 2020**        **/s/ Gary S. Austin**
                                                  UNITED STATES MAGISTRATE JUDGE